428 A.2d 243

Elmore v. Port Authority etc., Appellant.

Argued November 12, 1979. G. N. Evashavik, for appellant; Robert A. Seewald, for appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment affirmed.

428 A.2d 244

Patterson v. Lake Latonka Property Owners Assn. et al.

Appeal of Lake Latonka Property Owners Assn.

Argued November 13, 1979. Stephen J. Mirizio, for appellants; J. Michael Dorezas, for appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.